**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00685-CMA-MJW

In re: Subpoena in a Civil Case Involving Inmate Malachi York

---

**PROTECTIVE ORDER AND ORDER QUASHING THE SUBPOENA TO DEPOSE ASSISTANT UNITED STATES ATTORNEY MARCY E. COOK**

---

The United States filed a Motion for Protective Order and to Quash Subpoena to Depose Assistant United States Attorney Marcy E. Cook (Doc. # 1; Doc. # 1-2). The Court finds that good cause has been shown for entering a Protective Order; for entering an Order quashing the subpoena to depose AUSA Cook; and for imposing sanctions on Malachi York pursuant to Fed. R. Civ. P. 45(c)(1). The Court hereby GRANTS the Motion. Accordingly, it is

ORDERED that

1. The subpoena directed to AUSA Cook to appear for a deposition in *Malachi York v. United States*, No. 08-cv-00455 (M.D. Ga.) ("Georgia Action"), on Friday, March 27, 2009 at 5:30 P.M. [Doc. 1-2] ("Subpoena") is hereby quashed and a protective order is entered. AUSA Cook shall not be required to appear for the deposition referenced in the Subpoena.

2. Fed. R. Civ. P. 45(c)(1) provides that the court "must enforce [the] duty" to avoid imposing an undue burden or expense on a person subject to a subpoena, and "impose an appropriate sanction" for failure to comply. Because the Subpoena does not comply with the federal and local rules of civil procedure, and appears to be

designed to harass AUSA Cook, the Court hereby ORDERS that Malachi York shall be prohibited from issuing subpoenas from the District Court for the District of Colorado without prior approval from this Court.

DATED: March  27 , 2009

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge