**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00685-CMA-MJW

IN RE: SUBPOENA IN A CIVIL CASE INVOLVING
INMATE MALACHI YORK

_____

**MINUTE ORDER DISMISSING CASE**
_____

ENTERED BY JUDGE CHRISTINE M. ARGUELLO

     Pursuant to the Order to Show Cause (Doc. # 5) and Petitioner's Response to Order to Show Cause [Doc.5] (Doc. 6), this case is DISMISSED.

     DATED: October 13, 2009.